COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Latrice Williams v. Dana Lee

Appellate case number:    01-10-00296-CV

Trial court case number:  0827802

Trial court:              309th District Court of Harris County

Date motion filed:        March 24, 2014

Party filing motion:      Appellant


    It is ordered that the motion for rehearing en banc is **dismissed** for want of jurisdiction.


Judge's signature: /s/ Evelyn V. Keyes
           Acting for the Court the En Banc Court*

Date:  July 3, 2014

\* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.